

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-23-2007

# Lafferty v. St. Riel

Precedential or Non-Precedential: Precedential

Docket No. 05-5357

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Lafferty v. St. Riel" (2007). *2007 Decisions.* Paper 155.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/155

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-5357

DEBRA A. LAFFERTY; RANDOLPH C.
LAFFERTY, HER HUSBAND,

Appellants

v.

GITO ST. RIEL; ACHENBACH'S PASTRIES, INC.;
JOHN DOE; MARY DOE; ABC PARTNERSHIPS; DEF
CORPORATIONS; XYZ CORPORATIONS, JOINTLY,
SEVERALLY AND/OR IN THE ALTERNATIVE

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 05-cv-04094)
Chief District Judge: Honorable Harvey Bartle, III

Submitted Under Third Circuit LAR 34.1(a)
January 9, 2007

Before: McKEE, AMBRO and FISHER, Circuit Judges

(Opinion filed July 17, 2007)

Daniel J. Cahill, Esquire
Youngblood, Corcoran, Lafferty & Hyberg
1201 New Road
Suite 230, Cornerstone Commerce Center
Linwood, NY   08221

      Counsel for Appellants

Lloyd G. Parry, Esquire
Davis, Parry & Tyler

1525 Locust Street, 14th Floor
Philadelphia, PA   19102

Counsel for Appellees


**<u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed July 13, 2007, and first amended on July 17, 2007, be further amended as follows:

On page 3, remove the comma between "improper" and "transferor"

On page 4, footnote 1, insert a comma between "and" and "as the District Court"

On page 10, change "Moore's Fed." to "Moore's Federal"

On page 11, change "Moore's Fed." to "Moore's Federal"

On page 17, insert a comma after the second "that" in the following sentence beginning "Relevant to the question before us," so that the sentence reads:

Relevant to the question before us today is that *Shushan* acknowledged that, were the § 1406(a) transfer permissible, the plaintiff would not have "los[t] its day in court by reason of the running of the statute of limitations in another forum."

On page 22, insert a comma between "§ 3827" and "at 581" so the citation reads as follows:
(citing Moore's Federal Practice, *supra*, §§ 111.02, 111.38; Wright, Miller & Cooper, *supra*, § 3827, at 581 n.22).


By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:  November 23, 2007
SLC/cc: Daniel J. Cahill, Esq.
         Lloyd G. Parry, Esq.